FILED ENTERED
LODGED RECEIVED

DEC 21 1998
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JFM 98-3524

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MERRY-GO-ROUND ENTERPRISES, INC., ET AL. | * | |
| | * | |
| | * | |
| v. | * | Civil No. JFM-98-3616, et al. |
| | * | |
| NATIONSBANC COMMERCIAL CORP., ET AL. | * | |
| | * | |
| | ***** | |

ORDER

For the reasons stated in the memorandum entered herewith, it is, this 18th day of December 1998

ORDERED

1. Defendants' motions for leave to take interlocutory and expedited appeals is granted;

2. The order entered by the bankruptcy court on October 1, 1998 denying defendants' motions to dismiss is affirmed; and

3. I find that this order involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation.

J. Frederick Motz
United States District Judge